# COUGHLIN DUFFY LLP

ATTORNEYS AT LAW

350 Mount Kemble Avenue, P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.coughlinduffy.com

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105

MARK K. SILVER
DIRECT DIAL: (973) 631-6045
EMAIL: MSILVER@COUGHLINDUFFY.COM

July 18, 2011

**Via Electronic Filing**
Clerk, United States District Court
District of New Jersey, Newark
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

RE: Intendis, Inc. et. al. v. River's Edge Pharmaceuticals, LLC
Civil Action No.: 2:11-cv-02838 (FSH)(PS)

Dear Sir/Madam:

This firm represents Plaintiffs Intendis, Inc. and Dow Pharmaceutical Sciences, Inc. with regard to the above referenced matter.

On July 8, 2011, Defendant filed a Motion to Dismiss Plaintiffs' Complaint. The current return date for the motion is August 15, 2011. As Defendant's motion is a dispositive motion, pursuant to Local Rule 7.1(d)(5) Plaintiffs hereby request an automatic extension of the return date.

The new return date for Defendants' motion will be September 6, 2011. Plaintiffs' opposition will now be due on August 22, 2011. Plaintiffs have not obtained a prior extension of time.

COUGHLIN DUFFY LLP

Clerk of the Court
July 18, 2011
Page 2

Thank you for your kind attention to this matter.

Respectfully submitted,

COUGHLIN DUFFY LLP

/s/ Mark K. Silver
Mark K. Silver

MKS

cc:   All counsel of record (via ECF)

So ordered. 7-19-11.

*(signature)*
Hon. Faith S. Hochberg, USDJ

347013-1